IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 06-7101M

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARCUS MEDINA,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that this case is set for a final trial preparation conference before Magistrate Judge Michael J. Watanabe on **March 2, 2006, at 3:30 p.m.** in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. At this final trial preparation conference, the parties shall provide to Magistrate Judge Watanabe the following:

1. An original witness list and two copies.

2. An original exhibit list and two copies.

3. A hard copy of each party's proposed jury instructions and verdict form(s) in WordPerfect format. In addition, the parties should also have a floppy disc with their proposed jury instructions for the court.

I hereby certify that I have delivered a copy of the foregoing to the following parties on this 24th day of February, 2006, by the method noted below.

Kent R.P. Gray
kentgraylaw@cs.com

Clay Alan Compton
clay.compton@carson.army.mil

Watanabe.chambers@cod.uscourts.gov